» **Bush Cheney war crimes hard times**
» **Choose MYOB**
» **Number 2**
» **Ownership Society**

Say hello to the Walocaust, say hello to low prices, say hello to child labor, say he overtime, say hello to 60 hour work weeks, say hello to low pay, say hello to pov Walocaust, say goodbye to health insurance, say goodbye to weekends, say good goodbye to retirement, say goodbye to living indoors The Walocaust: coming soo occupation. A real web site is coming soon. Contact: Walocaust@yahoo.com

**Sign up to receive news and specials from CafePress.com.**

☑ CafePress.com Newsletter
☑ This Shop's Newsletter

your email [ GO ]





CHOOSE
Minding Your Own Business

Choose MYOB

Ch

Bush Cheney war crimes hard times
Bush Cheney War Crimes Hard Times



Ownership Society
Ownership Society

This shop is powered by CafePress.com.
Copyright © 1999-2005 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

## cafepress.com

» Bush Cheney war crimes hard times
» Choose MYOB
» Number 2
» Ownership Society

**walocaust** : **Bush Cheney war crimes hard times**

Bush Cheney War Crimes Hard Times

**Sign up to receive news and specials from CafePress.com.**

☑ CafePress.com Newsletter

☑ This Shop's Newsletter

your email    GO



War Crimes Hard Times
Bush Cheney War Crimes
Hard Times



Sticker (Rectangular)
$3.49



Sticker (Oval)
$3.49



Sticker (Bumper)
$3.99



Large Mug
$13.99



Value T-shirt
$11.99



Messenger Bag
$21.99



Tote Bag
$14.99



Button
$1.99









Magnet
$1.99

Rectangle Magnet
$3.99

Mini Button
$1.50

Black Cap
$15.99

Trucker Hat
$12.99

Cap
$15.99

Boxer Shorts
$14.99

Camisole
$17.99

Classic Thong
$9.99

Mug
$12.99

Stein
$15.99

Baseball Jersey
$18.99

Hooded Sweatshirt
$26.99

Jr. Hoodie
$26.99

Jr. Raglan
$19.99



Long Sleeve T-Shirt
$20.99

Sweatshirt
$22.99

Women's Raglan
Hoodie
$28.99

Women's Tracksuit
$44.99

Ash Grey T-Shirt
$16.99

Fitted T-Shirt
$17.99

Golf Shirt
$18.99

Green T-Shirt
$16.99

Jr. Baby Doll T-Shirt
$18.99

Jr. Spaghetti Tank
$18.99

Ringer T
$16.99

Men's Sleeveless Tee
$16.99



**Organic Cotton Tee**
$18.99



**Jr. Ringer T-Shirt**
$18.99



**White T-Shirt**
$15.99



**Women's Cap Sleeve T-Shirt**
$15.99



**Women's Pink T-Shirt**
$16.99



**Women's T-Shirt**
$15.99



**Women's Tank Top**
$16.99



**Yellow T-Shirt**
$16.99

This shop is powered by CafePress.com.
Copyright © 1999-2005 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

**cafépress.com**

Cart & Checkout | Help | Order Status | Shop Home

walocaust : **Choose MYOB**

» Bush Cheney war crimes hard times
» Choose MYOB
» Number 2
» Ownership Society

**Sign up to receive news and specials from CafePress.com.**

☑ CafePress.com Newsletter
☑ This Shop's Newsletter

your email [ GO ]





Choose
$3.99




Choose
$3.49



New Section Value T-shirt
$16.99



New Section Mug
$16.99



New Section Large Mug
$16.99



New Section Boxer Shorts
$16.99



New Section Camisole
$17.99



New Section Classic Thong
$16.99



New Section Stein
$16.99







New Section Ash Grey T-Shirt
$16.99

New Section Fitted T-Shirt
$17.99

New Section Golf Shirt
$18.99




New Section Green T-Shirt
$16.99

New Section Jr. Baby Doll T-Shirt
$18.99

New Section Jr. Spaghetti Tank
$18.99





New Section Ringer T
$16.99

New Section Men's Sleeveless Tee
$16.99

New Section Organic Cotton Tee
$18.99





New Section Jr. Ringer T-Shirt
$18.99

New Section White T-Shirt
$16.99

New Section Women's Cap Sleeve T-Shirt
$16.99







New Section Women's
Pink T-Shirt
$16.99

New Section Women's
T-Shirt
$16.99

New Section Women's
Tank Top
$16.99



New Section Yellow T-
Shirt
$16.99

This shop is powered by CafePress.com.
Copyright © 1999-2005 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

Case 1:06-cv-00526-TCB    Document 5-5    Filed 03/28/06    Page 9 of 20

**cafepress.com**

» Bush Cheney war crimes hard times
» Choose MYOB
» Number 2
» Ownership Society

**Sign up to receive news and specials from CafePress.com.**

☑ CafePress.com Newsletter

☑ This Shop's Newsletter

your email [GO]

walocaust : **Number 2**

Cheney is number 2



Number 2 Sticker (Rectangular)
$3.49



Number 2 Value T-shirt
$11.99



Number 2 Large Mug
$13.99



Number 2 Mug
$12.99



Number 2 Stein
$15.99



Number 2 Messenger Bag
$21.99



Number 2 Tote Bag
$14.99



Number 2 Button
$1.99



Number 2 Magnet
$1.99



**Number 2 Rectangle Magnet**
$3.99



**Number 2 Mini Button**
$1.50



**Number 2 Black Cap**
$15.99



**Number 2 Trucker Hat**
$12.99



**Number 2 Cap**
$15.99



**Number 2 Boxer Shorts**
$14.99



**Number 2 Camisole**
$17.99



**Number 2 Classic Thong**
$9.99



**Number 2 Baseball Jersey**
$18.99



**Number 2 Hooded Sweatshirt**
$26.99



**Number 2 Jr. Hoodie**
$26.99



**Number 2 Jr. Raglan**
$19.99

Case 1:06-cv-00526-TCB   Document 5-5   Filed 03/28/06   Page 11 of 20



Number 2 Long Sleeve
T-Shirt
$20.99



Number 2 Sweatshirt
$22.99



Number 2 Women's
Raglan Hoodie
$28.99



Number 2 Women's
Tracksuit
$44.99



Number 2 Ash Grey T-
Shirt
$16.99



Number 2 Fitted T-Shirt
$17.99



Number 2 Golf Shirt
$18.99



Number 2 Green T-
Shirt
$16.99



Number 2 Jr. Baby Doll
T-Shirt
$18.99



Number 2 Jr. Spaghetti
Tank
$18.99



Number 2 Ringer T
$16.99



Number 2 Men's
Sleeveless Tee
$16.99







Number 2 Organic
Cotton Tee
$18.99

Number 2 Jr. Ringer T-
Shirt
$18.99

Number 2 White T-
Shirt
$15.99







Number 2 Women's Cap
Sleeve T-Shirt
$15.99

Number 2 Women's
Pink T-Shirt
$16.99

Number 2 Women's T-
Shirt
$15.99





Number 2 Women's
Tank Top
$16.99

Number 2 Yellow T-
Shirt
$16.99

This shop is powered by CafePress.com.
Copyright © 1999-2005 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

Case 1:06-cv-00526-TCB   Document 5-5   Filed 03/28/06   Page 13 of 20

cafepress.com

Cart & Checkout | Help | Order Status | Shop Home

» Bush Cheney war crimes hard times
» Choose MYOB
» Number 2
» Ownership Society

Sign up to receive news and specials from CafePress.com.

☑ CafePress.com Newsletter
☑ This Shop's Newsletter

your email [ GO ]

walocaust : **Ownership Society**







Mug
$12.99

Ash Grey T-Shirt
$16.99

Fitted T-Shirt
$17.99







Golf Shirt
$18.99

Green T-Shirt
$16.99

Jr. Baby Doll T-Shirt
$18.99







Jr. Spaghetti Tank
$18.99

Ringer T
$16.99

Men's Sleeveless Tee
$16.99







Organic Cotton Tee
$18.99

Jr. Ringer T-Shirt
$18.99

Value T-shirt
$11.99



White T-Shirt
$15.99

Women's Pink T-Shirt
$16.99

Women's T-Shirt
$15.99

Women's Tank Top
$16.99

Yellow T-Shirt
$16.99

Large Mug
$13.99

Stein
$15.99

Boxer Shorts
$14.99

Camisole
$17.99

Classic Thong
$9.99

Black Cap
$15.99

Trucker Hat
$12.99



Bib
$7.99

Infant Creeper
$9.99

Infant/Toddler T-Shirt
$9.99

Kids T-Shirt
$15.99

Baseball Jersey
$18.99

Hooded Sweatshirt
$26.99

Jr. Hoodie
$26.99

Jr. Raglan
$19.99

Long Sleeve T-Shirt
$20.99

Sweatshirt
$22.99

Women's Raglan
Hoodie
$28.99

Women's Tracksuit
$44.99



Sticker (Rectangular)
$3.49

Sticker (Oval)
$3.49

Button
$1.99

Magnet
$1.99

Ash Grey T-Shirt
$16.99

BBQ Apron
$16.99

Baseball Jersey
$18.99

Bib
$7.99

Black Cap
$15.99

Boxer Shorts
$14.99

Button
$1.99

Camisole
$17.99



Classic Thong
$9.99

Dog T-Shirt
$15.99

Fitted T-Shirt
$17.99

Golf Shirt
$18.99

Green T-Shirt
$16.99

Hooded Sweatshirt
$26.99

Infant Creeper
$9.99

Jr. Baby Doll T-Shirt
$18.99

Jr. Hoodie
$26.99

Jr. Raglan
$19.99

Jr. Spaghetti Tank
$18.99

Kids T-Shirt
$15.99



**Large Mug**
$13.99



**Long Sleeve T-Shirt**
$20.99



**Magnet**
$1.99



**Ringer T**
$16.99



**Men's Sleeveless Tee**
$16.99



**Messenger Bag**
$21.99



**Mousepad**
$12.99



**Mug**
$12.99



**Organic Cotton Tee**
$18.99



**Postcards (Package of 8)**
$7.99



**Jr. Ringer T-Shirt**
$18.99



**Stein**
$15.99



Sticker (Oval)
$3.49

Sticker (Rectangular)
$3.49

Sweatshirt
$22.99

Teddy Bear
$14.99

Tile Coaster
$6.99

Infant/Toddler T-Shirt
$9.99

Tote Bag
$14.99

Trucker Hat
$12.99

Value T-shirt
$11.99

White T-Shirt
$15.99

Women's Pink T-Shirt
$16.99

Women's Raglan
Hoodie
$28.99







**Women's T-Shirt**
$15.99

**Women's Tank Top**
$16.99

**Women's Tracksuit**
$44.99



**Yellow T-Shirt**
$16.99

This shop is powered by CafePress.com.
Copyright © 1999-2005 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information