**cafepress.com**   Cart & Checkout | Help | Order Status | Shop Home

» **Number 2**

Say hello to the Walocaust, say hello to low prices, say hello to child labor, say hello to unpaid overtime, say hello to 60 hour work weeks, say hello to low pay, say hello to poverty Say hello to the Walocaust, say goodbye to health insurance, say goodbye to weekends, say goodbye to vacation, say goodbye to retirement, say goodbye to living indoors The Walocaust: coming soon to your occupation. A real web site is coming soon. Contact: Walocaust@yahoo.com

**Sign up to receive news and specials from CafePress.com.**

[✓] CafePress.com Newsletter

[✓] This Shop's Newsletter

[your email] [GO]



**Number 2**

Number 2
Cheney is number 2

This shop is powered by CafePress.com.
Copyright © 1999-2005 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

**cafepress.com**　　　　　　　　　Cart & Checkout | Help | Order Status | Shop Home

» Number 2

walocaust : **Number 2**

Cheney is number 2

**Sign up to receive news and specials from CafePress.com.**

☑ CafePress.com Newsletter
☑ This Shop's Newsletter

[your email] [GO]







Number 2 Sticker (Rectangular)
$3.49

Number 2 Value T-shirt
$11.99

Number 2 Large Mug
$13.99







Number 2 Mug
$12.99

Number 2 Stein
$15.99

Number 2 Messenger Bag
$21.99







Number 2 Tote Bag
$14.99

Number 2 Button
$1.99

Number 2 Magnet
$1.99

Case 1:06-cv-00526-TCB   Document 5-7   Filed 03/28/06   Page 3 of 5





Number 2 Rectangle Magnet
$3.99

Number 2 Mini Button
$1.50

Number 2 Black Cap
$15.99





Number 2 Trucker Hat
$12.99

Number 2 Cap
$15.99

Number 2 Boxer Shorts
$14.99





Number 2 Camisole
$17.99

Number 2 Classic Thong
$9.99

Number 2 Baseball Jersey
$18.99





Number 2 Hooded Sweatshirt
$26.99

Number 2 Jr. Hoodie
$26.99

Number 2 Jr. Raglan
$19.99


Number 2 Long Sleeve T-Shirt
$20.99


Number 2 Sweatshirt
$22.99


Number 2 Women's Raglan Hoodie
$28.99


Number 2 Women's Tracksuit
$44.99


Number 2 Ash Grey T-Shirt
$16.99


Number 2 Fitted T-Shirt
$17.99


Number 2 Golf Shirt
$18.99


Number 2 Green T-Shirt
$16.99


Number 2 Jr. Baby Doll T-Shirt
$18.99


Number 2 Jr. Spaghetti Tank
$18.99


Number 2 Ringer T
$16.99


Number 2 Men's Sleeveless Tee
$16.99







Number 2 Organic Cotton Tee
$18.99

Number 2 Jr. Ringer T-Shirt
$18.99

Number 2 White T-Shirt
$15.99







Number 2 Women's Cap Sleeve T-Shirt
$15.99

Number 2 Women's Pink T-Shirt
$16.99

Number 2 Women's T-Shirt
$15.99





Number 2 Women's Tank Top
$16.99

Number 2 Yellow T-Shirt
$16.99

This shop is powered by CafePress.com.
Copyright © 1999-2005 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information