| Thumbnail On/Off | Completed | Product Description | Product Number | Store | Returns | MarkUp | Total |
|---|---|---|---|---|---|---|---|
| | 15 | Support the Troops | 54598473 | walqaeda | - | $2.00 | $30.00 |
| | 3 | Fitted T-Shirt<br>WAL-QAEDA Mural | 53839886 | walqaeda | - | $3.00 | $8.40 |
| | 4 | Value T-shirt<br>America - Cause of death: A Dime Store | 53870958 | walqaeda | - | $2.00 | $8.00 |
| | 3 | Ash Grey T-Shirt<br>America - Cause of death: A Dime Store | 53870964 | walqaeda | - | $2.00 | $6.00 |
| | 3 | Jr. Spaghetti Tank<br>WAL-QAEDA Mural | 53387951 | walqaeda | - | $2.00 | $5.60 |
| | 4 | Fitted T-Shirt<br>Freedom Haters | 53889519 | walqaeda | - | $1.00 | $4.00 |
| | 2 | New Section Sticker (Bumper)<br>WAL-QAEDA Mural | 53839876 | walqaeda | - | $2.00 | $3.60 |
| | 2 | Black T-Shirt<br>WAL-QAEDA Mural | 53839876 | walqaeda | - | $2.00 | $4.00 |
| | 2 | Black T-Shirt<br>WAL-QAEDA Mural | 53864836 | walqaeda | - | $2.00 | $4.00 |
| | 2 | Long Sleeve T-Shirt<br>WAL-QAEDA Mural | 53839887 | walqaeda | - | $2.00 | $4.00 |
| | 3 | White T-Shirt<br>America - Cause of death: A Dime Store | 54599279 | walqaeda | - | $1.00 | $3.00 |
| | | Organic Cotton Tee | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | America - Cause of death: A Dime Store | 53870969 | walqaeda | - | $3.00 | $3.00 |
| | 1 | **Value T-shirt** <br> Support the Troops | 53871473 | walqaeda | - | $3.00 | $3.00 |
| | 1 | **Value T-shirt** <br> America - Cause of death: A Dime Store | 53870958 | walqaeda | - | $2.00 | $2.00 |
| | 1 | **Ash Grey T-Shirt** <br> America - Cause of death: A Dime Store | 53870965 | walqaeda | - | $2.00 | $2.00 |
| | 1 | **Ringer T** <br> America - Cause of death: A Dime Store | 53870973 | walqaeda | - | $2.00 | $2.00 |
| | 1 | **Women's T-Shirt** <br> Hillary | 59391957 | walqaeda | - | $2.00 | $2.00 |
| | 1 | **Hillary Fitted T-Shirt** <br> Mao Z. | 59147380 | walqaeda | - | $2.00 | $2.00 |
| | 1 | **Mao Z. Jr. Raglan** <br> Support the Troops | 53871484 | walqaeda | - | $2.00 | $2.00 |
| | 1 | **Long Sleeve T-Shirt** <br> WAL-QAEDA Mural | 53864832 | walqaeda | - | $2.00 | $2.00 |
| | 1 | **Baseball Jersey** <br> WAL-QAEDA Mural | 53839877 | walqaeda | - | $2.00 | $2.00 |
| | 1 | **Fitted T-Shirt** <br> WAL-QAEDA Mural | 53864836 | walqaeda | - | $2.00 | $2.00 |
| | 1 | **Long Sleeve T-Shirt** <br> WAL-QAEDA Mural | 53839884 | walqaeda | - | $2.00 | $2.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | Organic Cotton Tee<br>WAL-QAEDA Mural | | 54598582 | walqaeda | $2.00 | $2.00 |
| | 1 | Organic Cotton Tee<br>WAL-QAEDA Mural | | 53839882 | walqaeda | $2.00 | $2.00 |
| | 1 | Ringer T<br>WAL-QAEDA Mural | | 53839888 | walqaeda | $2.00 | $2.00 |
| | 1 | Women's Cap Sleeve T-Shirt<br>America - Cause of death: A Dime Store | | 54599278 | walqaeda | $1.00 | $1.00 |
| | 1 | Fitted T-Shirt<br>Support Troops Sticker | | 53890061 | walqaeda | $1.00 | $1.00 |
| | 1 | Sticker (Bumper)<br>WAL-QAEDA Mural | | 54598582 | walqaeda | $1.00 | $1.00 |
| | 1 | Organic Cotton Tee<br>America - Cause of death: A Dime Store | | 55900448 | walqaeda | $0.00 | $0.00 |
| | 1 | Organic Cotton Tee<br>Freedom Haters | | 57132828 | walqaeda | $0.00 | $0.00 |
| | | New Section Organic Cotton Tee | | | | | |
| Totals | 63 | | | | | $0.00 | $115.60 |

1690

Transaction Report 11-12-06

| Transaction Date | Release Date | Transaction Description | Source | Check # | |
|---|---|---|---|---|---|
| | 4/13/2006 | 5/13/2006 Commission Earned (Referred Sale*) (walqaeda) | Affiliate | none | $1.60 |
| | 4/13/2006 | 5/13/2006 Commission Earned (Referred Sale*) (walqaeda) | Affiliate | none | $1.60 |
| | 4/13/2006 | 5/13/2006 Commission Earned (Referred Sale*) (walqaeda) | Affiliate | none | $2.40 |
| | 4/13/2006 | 5/13/2006 Commission Earned (walqaeda) | Shop | none | $3.00 |
| | 4/13/2006 | 5/13/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda.53889519) | Shop | none | $1.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda.53889519) | Shop | none | $1.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $4.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $3.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $3.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $4.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda.53889519) | Shop | none | $1.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda.53890061) | Shop | none | $1.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $4.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $3.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda.53889519) | Shop | none | $1.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/14/2006 | 5/14/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/17/2006 | 5/17/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/17/2006 | 5/17/2006 Commission Earned (walqaeda) | Marketplace | none | $2.00 |
| | 4/17/2006 | 5/17/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/17/2006 | 5/17/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/18/2006 | 5/18/2006 Commission Earned (walqaeda) | Shop | none | $1.00 |
| | 4/18/2006 | 5/18/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/18/2006 | 5/18/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/18/2006 | 5/18/2006 Commission Earned (walqaeda) | Shop | none | $2.00 |
| | 4/18/2006 | 5/18/2006 Commission Earned (walqaeda) | Shop | none | $1.00 |
| | 4/24/2006 | 5/17/2006 Returned Commission (walqaeda.53839877) | | none | $0.00 |
| | 4/27/2006 | 5/27/2006 Commission Earned (walqaeda) | Shop | none | $1.00 |
| | 5/1/2006 | 6/1/2006 Commission Earned (walqaeda.54598582) | Shop | none | $1.00 |
| | 5/9/2006 | 6/9/2006 Commission Earned (walqaeda.54599278) | Shop | none | $1.00 |
| | 5/24/2006 | 6/24/2006 Commission Earned (walqaeda.54598473) | Shop | none | $30.00 |
| | 6/1/2006 | 6/1/2006 Volume Bonus Earned | | | |
| Apr Volume Sales Bonus | | none | | | $21.32 |
| | 7/1/2006 | 7/1/2006 Volume Bonus Earned | | | |
| May Volume Sales Bonus | | none | | | $1.60 |
| | 8/1/2006 | 9/1/2006 Commission Earned (walqaeda.54598582) | Shop | none | $2.00 |
| | 9/2/2006 | 10/2/2006 Commission Earned (walqaeda.59147380) | Shop | none | $2.00 |
| | 10/28/2006 | 11/28/2006 Commission Earned (walqaeda.59391957) | Shop | none | $2.00 |

TOTAL: $138.52

Order Report 11-12-06

| Completed | Ordered | Shop | Order No | Customer | Location | Product | Qty | Base Price | Total | Markup | Source | Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2006 | 10/26/2006 | walqaeda | 30125753 | Edward R Ostrander | NY, US | 59391937: Hillary Fitted T-Shirt | 1 | $15.99 | $15.99 | $2.00 | Shop | $2.00 |
| 9/2/2006 | 9/1/2006 | walqaeda | 28268464 | Sara Robinson | NV, US | 59147380: Mao Z. Jr. Raglan | 1 | $17.99 | $17.99 | $2.00 | Shop | $2.00 |
| 8/1/2006 | 7/31/2006 | walqaeda | 27261108 | Jeffrey G Shell | TX, US | 54598582: Organic Cotton Tee | 1 | $16.99 | $16.99 | $2.00 | Shop | $2.00 |
| 5/24/2006 | 5/18/2006 | walqaeda | 25036172 | Marques Tracy | NY, US | 54598473: Fitted T-Shirt | 15 | $15.99 | $239.85 | $2.00 | Shop | $30.00 |
| 5/11/2006 | 5/9/2006 | walqaeda | 24806110 | Charles Smith/PCBUILDER | GA, US | 57132828: New Section Organic Cotton Tee | 1 | $16.99 | $16.99 | $0.00 | Marketplace | $0.00 |
| 5/11/2006 | 5/9/2006 | walqaeda | 24806110 | Charles Smith/PCBUILDER | GA, US | 55900448: Organic Cotton Tee | 1 | $16.99 | $16.99 | $0.00 | Marketplace | $0.00 |
| 5/9/2006 | 5/5/2006 | walqaeda | 24680978 | Melinda McLachlan | CA, US | 54599278: Fitted T-Shirt | 1 | $15.99 | $15.99 | $1.00 | Shop | $1.00 |
| 5/1/2006 | 4/28/2006 | walqaeda | 24480701 | amanda tyler mcguire | NC, US | 54598582: Organic Cotton Tee | 1 | $16.99 | $16.99 | $1.00 | Shop | $1.00 |
| 4/27/2006 | 4/24/2006 | walqaeda | 24368841 | mathew jasper | NH, US | 54599279: Organic Cotton Tee | 1 | $16.99 | $16.99 | $1.00 | Shop | $1.00 |
| 4/18/2006 | 4/16/2006 | walqaeda | 24127579 | doug street | MI, US | 54599279: Organic Cotton Tee | 1 | $16.99 | $16.99 | $1.00 | Shop | $1.00 |
| 4/18/2006 | 4/15/2006 | walqaeda | 24118941 | Adam Svagdis | FL, US | 53870958: Ash Grey T-Shirt | 1 | $14.99 | $14.99 | $2.00 | Shop | $2.00 |
| 4/18/2006 | 4/15/2006 | walqaeda | 24118941 | Adam Svagdis | FL, US | 53870973: Women's T-Shirt | 1 | $13.99 | $13.99 | $2.00 | Shop | $2.00 |
| 4/18/2006 | 4/14/2006 | walqaeda | 24104570 | Russell Vanderleer | AB, CA | 53864832: Baseball Jersey | 1 | $16.99 | $16.99 | $2.00 | Shop | $2.00 |
| 4/18/2006 | 4/16/2006 | walqaeda | 24131961 | Luette Forrest | CA, US | 54599279: Organic Cotton Tee | 1 | $16.99 | $16.99 | $1.00 | Shop | $1.00 |
| 4/17/2006 | 4/14/2006 | walqaeda | 24108364 | Thann Smith | UT, US | 53839877: Fitted T-Shirt | 1 | $15.99 | $15.99 | $2.00 | Shop | $2.00 |
| 4/17/2006 | 4/13/2006 | walqaeda | 24059511 | Sean M Ryan | CT, US | 53839876: Black T-Shirt | 1 | $21.99 | $21.99 | $2.00 | Shop | $2.00 |
| 4/17/2006 | 4/13/2006 | walqaeda | 24059343 | Kristina J. McKinney | MI, US | 53839876: Black T-Shirt | 1 | $21.99 | $21.99 | $2.00 | Marketplace | $2.00 |
| 4/17/2006 | 4/14/2006 | walqaeda | 24091291 | joseph f sinclair | CA, US | 53870965: Ringer T | 1 | $17.99 | $17.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24075947 | Debbi Tannock | AL, US | 53870964: Jr. Spaghetti Tank | 1 | $16.99 | $16.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24072797 | Brian Baer | CA, US | 53839884: Organic Cotton Tee | 1 | $16.99 | $16.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24072797 | Brian Baer | CA, US | 53889519: New Section Sticker (Bumper) | 1 | $2.99 | $2.99 | $1.00 | Shop | $1.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24070816 | carl buckett | TX, US | 53870898: Value T-Shirt | 1 | $8.99 | $8.99 | $3.00 | Shop | $3.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24074526 | Paul Rumage | MI, US | 53870958: Ash Grey T-Shirt | 2 | $14.99 | $29.98 | $2.00 | Shop | $4.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24074526 | Paul Rumage | MI, US | 53889519: New Section Sticker (Bumper) | 1 | $2.99 | $2.99 | $1.00 | Shop | $1.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24074526 | Paul Rumage | MI, US | 53890061: Sticker (Bumper) | 1 | $2.99 | $2.99 | $1.00 | Shop | $1.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24057411 | Jillo Benevides | MA, US | 53839887: White T-Shirt | 1 | $13.99 | $13.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24057824 | Kelvin Chalkley | KS, US | 53871484: Long Sleeve T-Shirt | 1 | $21.99 | $21.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/12/2006 | walqaeda | 24042522 | Jay Mulvaney | NY, US | 53864836: Long Sleeve T-Shirt | 2 | $21.99 | $43.98 | $2.00 | Shop | $4.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24062962 | Lesa C Bridge | UT, US | 53839888: Women's Cap Sleeve T-Shirt | 1 | $15.99 | $15.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24060960 | casey sherwood | TX, US | 53839882: Ringer T | 1 | $14.99 | $14.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24059469 | Jennifer Mathias | FL, US | 53839887: White T-Shirt | 1 | $13.99 | $13.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24060050 | Will Jacobs | VA, US | 53864836: Long Sleeve T-Shirt | 1 | $18.99 | $18.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24059658 | Peter W. Jokinen | ME, US | 53871473: Value T-shirt | 1 | $11.99 | $11.99 | $3.00 | Shop | $3.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24057971 | Elizabeth Henley | RI, US | 53839886: Value T-shirt | 1 | $8.99 | $8.99 | $3.00 | Shop | $3.00 |
| 4/14/2006 | 4/12/2006 | walqaeda | 24054436 | carol barnes | TX, US | 53870964: Jr. Spaghetti Tank | 1 | $16.99 | $16.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/12/2006 | walqaeda | 24053743 | CHARLES E. WINSLOW | NY, US | 53367851: Fitted T-Shirt | 2 | $15.99 | $31.98 | $2.00 | Shop | $4.00 |
| 4/14/2006 | 4/12/2006 | walqaeda | 24053519 | Russell Bingham | GA, US | 53870958: Ash Grey T-Shirt | 1 | $17.99 | $17.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/12/2006 | walqaeda | 24046337 | Charles Jameson | KS, US | 53870958: Ash Grey T-Shirt | 1 | $14.99 | $14.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/12/2006 | walqaeda | 24046337 | Charles Jameson | KS, US | 53870964: Jr. Spaghetti Tank | 1 | $16.99 | $16.99 | $2.00 | Shop | $2.00 |
| 4/14/2006 | 4/12/2006 | walqaeda | 24046337 | Charles Jameson | KS, US | 53889519: New Section Sticker (Bumper) | 1 | $2.99 | $2.99 | $1.00 | Shop | $1.00 |
| 4/14/2006 | 4/13/2006 | walqaeda | 24057229 | Doug Cieslak | MI, US | 53889519: New Section Sticker (Bumper) | 1 | $2.99 | $2.99 | $1.00 | Shop | $1.00 |
| 4/13/2006 | 4/12/2006 | walqaeda | 24060771 | Christopher Biggs | TX, US | 53839876: Black T-Shirt | 1 | $18.99 | $18.99 | $2.00 | Shop | $2.00 |
| 4/13/2006 | 4/12/2006 | walqaeda | 24052455 | Lynette Bech | MS, US | 53839886: Value T-shirt | 1 | $8.99 | $8.99 | $3.00 | Shop | $3.00 |
| 4/13/2006 | 4/12/2006 | walqaeda | 24053050 | Dane E Townsend | TX, US | 53871551: Fitted T-Shirt | 1 | $15.99 | $15.99 | $2.00 | Affiliate | $1.60 |
| 4/13/2006 | 4/12/2006 | walqaeda | 24053050 | Dane E Townsend | TX, US | 53839876: Black T-Shirt | 1 | $18.99 | $18.99 | $2.00 | Affiliate | $1.60 |
| 4/13/2006 | 4/12/2006 | walqaeda | 24053050 | Dane E Townsend | TX, US | 53839886: Value T-Shirt | 1 | $8.99 | $8.99 | $3.00 | Affiliate | $2.40 |

Orders: 37 | | | | | | Totals: | 63 | $878.42 | $956.37 | | | $115.60