# WALOCAUST
"The world is our labor camp"

Home | Graphics | Links

**Home**

## Do It Yourself



Make your own T-Shirts and Bumper Stickers for personal use

Because Wal-Mart interfered with my printer without even having to go to court, here are downloadable graphics that you can add to T-shirts and other items yourself.  I consent to your using my designs for that purpose.

Materials such as printable bumper stickers, and iron on transfers can be obtained at craft stores, or can be ordered online. Iron on transfers may require printing mirror image.

Click thumbnail to download larger graphic

Graphics for T-Shirts



**WAL★OCAUST**

Come for the LOW prices
stay for the KNIFE fights



**WAL★OCAUST**

I ♥

**WAL★OCAUST**

They have FAMILY VALUES
and their
ALCOHOL, TOBACCO
and FIREARMS
are 20% OFF



Graphics for Bumper Stickers



Home| Graphics| Links

Disclaimer: Walocaust.com nor the owner/creator(s) have any affiliation with Wal-Mart Stores, Inc. whatsoever. Any of the trademarks, service marks, collective marks, design rights or similar rights that are mentioned, used or cited are the property of their respective owners. Wal-Mart has Accused me of creating confusion, and has even threatened to sue claiming someone might be confused by the use of the prefix "Wal" into thinking that Walmart is the sponsor of my web site, Walocaust.com is not now, or has never been affiliated with Wal-Mart Stores, Inc., If you wish to visit Wal-Mart's site please try this link **www.walmart.com**