JJRI 6010.2627.prod

2627-c4o1r2
080106

CELL: 4
ORDER: 1
ROTATION: 2

## PRODUCT SURVEY – MAIN QUESTIONNAIRE

SEAT RESPONDENT AND SAY:
Please have a seat and make yourself comfortable.

**IN SCREENER, IF RESPONDENT SAID "WEARS EYEGLASSES," SAY:**
If you usually wear eyeglasses, please put them on.

| IF RESPONDENT DOES NOT HAVE EYEGLASSES, THANK AND TERMINATE THAT RESPONDENT |
|---|
| TERM: (NO GLASSES)   1   2   3   4   5   6   7   8   9 |

## UNCOVER SHIRT #58 AND SAY:

Please tell me the number that appears on the dot on this shirt.

1  58
2  OTHER--------→ STOP! WRONG QUESTIONNAIRE. GET
                    QUESTIONNAIRE #58 AND CONTINUE.

I'd like you to suppose you happened to be near someone wearing this t-shirt. Please look at it for as long as you normally would. Just tell me when you are done.

WHEN RESPONDENT INDICATES HE/SHE IS DONE, SAY:

For each of my questions, if you don't know or don't have an answer, that's O.K. Just tell me you "don't know" or "don't have an answer" and we'll go on to the next question. Okay?

1a.  If you have any thoughts about this, which company or store do you think puts out this shirt? RECORD VERBATIM. PROBE ONCE WITH: Any other companies or stores? RECORD ANSWERS TO Q.1a BELOW Q.1b IN SPACES PROVIDED, ONE NAME PER LINE.

   X – DON'T KNOW - NO THOUGHTS ABOUT IT → SKIP TO Q.2a.

   ASK Q.1b FOR EACH NAME GIVEN IN Q.1a.

1b.  What is it about the shirt that makes you think it is put out by _____?
   RECORD VERBATIM. PROBE TWICE WITH: Anything else?

1

JJRI 6010.2627.prod                                           2627-c4o1r2
                                                              080106

Q.1a: COMPANY OR STORE NAME #1: _____

Q.1b: _____

      _____


Q.1a: COMPANY OR STORE NAME #2: _____

Q.1b: _____

      _____


Q.1a: COMPANY OR STORE NAME #3: _____

Q.1b: _____

      _____


Q.1a: COMPANY OR STORE NAME #4: _____

Q.1b: _____

      _____


IF "SEARS," "WAL-MART," "YOUNGBLOOD'S" OR "K-MART" MENTIONED IN Q.1a, SKIP TO INSTRUCTION BEFORE Q.5a.

2a.   If you have any thoughts about it, …

   2    do you think the company or store that puts out this shirt does <u>not</u> have a business connection or relationship with another company, ──────────→ SKIP TO Q.3a

   1    or do you think the company or store that puts out this shirt <u>does</u> have a business connection or relationship with another company?

   3    NO THOUGHTS ON THIS──→ SKIP TO Q.3a

   4    DON'T KNOW──────────→ SKIP TO Q.3a

2b.   With whom do you think it has a business connection or relationship? RECORD VERBATIM. RECORD ANSWERS TO Q.2b BELOW Q.2c IN SPACES PROVIDED, ONE NAME PER LINE.

   ASK Q.2c FOR EACH NAME GIVEN IN Q.2b.

                                    2

JJRI 6010.2627.prod

2627-c4o1r2
080106

2c. What, in particular, makes you think that the company or store that puts out this shirt <u>does</u> have a business connection or relationship with _____? PROBE TWICE WITH: Anything else? RECORD VERBATIM.

IF RESPONDENT MENTIONS "LOOK(S)," "APPEARANCE," "DESIGN," "NAME," "WORDS" OR THE EQUIVALENT, PROBE WITH: What, in particular, is it about ____(USE RESPONDENT'S OWN WORDS) that makes you think the company or store that puts out this shirt <u>does</u> have a business connection or relationship with ____ (USE RESPONDEN'T'S ANSWER FROM Q.2b)? PROBE ONCE WITH: Can you describe that in more detail? PROBE ONCE AGAIN WITH: Anything else?

Q2b: NAME #1: _____

Q.2c: _____
_____
_____

Q2b: NAME #2: _____

Q.2c: _____
_____
_____

Q2b: NAME #3: _____

Q.2c: _____
_____
_____

IF "SEARS," "WAL-MART," "YOUNGBLOOD'S" OR "K-MART" MENTIONED IN Q.2b, SKIP TO INSTRUCTIONS BEFORE Q.5a.

3

JJRI 6010.2627.prod

2627-c4o1r2
080106

3a. For my next question, we'll need to use this card.
**HAND RESPONDENT "CARD S" AND SAY:**
After I ask my question, please tell me which of these answers best describes what you think. My question is as follows.

Do you think that, in order to put out this shirt, the company that puts it out ...

1. <u>needed</u> to get permission from another company -- and <u>got</u> it,

2. <u>needed</u> to get permission from another company -- but did <u>not get</u> it,

3. <u>needed</u> to get permission from another company -- but you have <u>no idea</u> if they got it,

4. did <u>not</u> need to get permission from another company -- so they did <u>not</u> get it,

5. did <u>not</u> need to get permission from another company -- but they <u>did</u> get it anyway,

6. did <u>not</u> need to get permission from another company -- but you have <u>no idea</u> if they got it,

7. or something else? → ASK Q.3b.

8. DON'T KNOW ---------------→ SKIP TO Q.4a

IF RESPONDENT GIVES TWO OR MORE ANSWERS, DO NOT CIRCLE ABOVE, BUT WRITE <u>ALL</u> THE NUMBERS HERE:

_____

THEN ASK: Which one of these answers best describes what you think? CIRCLE ANSWER ABOVE.

IF 1, 2, 3 OR 5 TO Q.3a, SKIP TO Q.3c.
IF 4, 6, OR 8 TO Q.3a, SKIP TO Q.4a.
IF 7, ASK Q.3b.

3b. What else do you have in mind? RECORD VERBATIM.

_____
_____

IN Q.3b, IF RESPONDENT SAID "NEEDED TO" OR "GOT PERMISSION," ASK Q.3c. OTHERWISE, SKIP TO Q.4a.

4

JJRI 6010.2627.prod

2627-c4o1r2
080106

   3c.    From whom did they (need to get / get) permission or authorization?  PROBE ONCE WITH: Anyone else?  RECORD EACH ANSWER TO Q.3c BELOW Q.3d IN SPACES PROVIDED.

       **ASK Q.3d. FOR <u>EACH</u> COMPANY NAMED IN Q.3c.**

   3d.    What is it about the shirt that makes you think that, to put out the shirt you saw, the company (needed to get / got) permission or authorization from ____ (NAME IN Q.3c)?  RECORD VERBATIM.  PROBE TWICE WITH: Anything else?

Q.3c: NAME: _____

Q.3d: _____

_____

Q.3c: NAME: _____

Q.3d: _____

_____

Q.3c: NAME: _____

Q.3d: _____

_____

Q.3c: NAME: _____

Q.3d: _____

_____

**IF "SEARS," "WAL-MART," "YOUNGBLOOD'S" OR "K-MART" MENTIONED IN Q.3c, SKIP TO INSTRUCTION BEFORE Q.5a.**

5

JJRI 6010.2627.prod

2627-c4o1r2
080106

4a. If anything, what does this shirt make you think of?   RECORD VERBATIM, LISTING EACH ANSWER ON A SEPARATE LINE. PROBE TWICE WITH: Anything else?

1 _____

2 _____

3 _____

4 _____

5 _____

IF <u>NO</u> COMPANY <u>OR</u> STORE NAME(S) MENTIONED IN ANSWER TO Q.4a, SKIP TO Q.4c.

IF "SEARS," "WAL-MART," "YOUNGBLOOD'S" OR "K-MART" MENTIONED IN Q.4a, ASK Q.4b FOR EACH ONE MENTIONED IN Q.4b.

4b. What is it about the shirt that makes you think of _____ (COMPANY OR STORE NAME MENTIONED IN Q.4a)? RECORD VERBATIM.  PROBE TWICE WITH: Anything else?

4a: SEARS   4b: _____

_____

_____

4a: WAL-MART   4b: _____

_____

_____

4a: YOUNGBLOOD'S   4b: _____

_____

_____

6

JJRI 6010.2627.prod                                                      2627-c4o1r2
                                                                          080106

4a: K-MART   4b: _____

_____

_____

### SKIP TO INSTRUCTION BEFORE Q.5a.

4c.    Does this shirt make you think of any particular companies or stores?

    1   YES
    2   NO --------------→ SKIP TO INSTRUCTION BEFORE Q.6.
    3   DON'T KNOW → SKIP TO INSTRUCTION BEFORE Q.6.

    4d.   Which companies or stores does it make you think of?  RECORD VERBATIM.  ENTER EACH COMPANY OR STORE NAME ON A SEPARATE LINE.  PROBE ONCE WITH: Any others?

    1   _____

    2   _____

    3   _____

    4   _____

IF "SEARS," "WAL-MART," "YOUNGBLOOD'S" OR "K-MART" MENTIONED IN Q.4d, ASK Q.4e, FOR EACH ONE MENTIONED IN Q.4d.

IF NONE MENTIONED IN Q.4d, SKIP TO INSTRUCTION BEFORE Q.6.

    4e.   What is it about the shirt that makes you think of _____ (NAME MENTIONED IN Q.4d)?
RECORD VERBATIM.  PROBE TWICE WITH: Anything else?

4d: SEARS   4e: _____

_____

_____

4d: WAL-MART 4e: _____

_____

_____

JJRI 6010.2627.prod                                        2627-c4o1r2
                                                           080106

4d: YOUNGBLOOD'S  4e: _____

_____

_____

4d: K-MART  4e: _____

_____

_____

CIRCLE NUMBER NEXT TO NAME(S) OF EACH **COMPANY OR STORE**
MENTIONED IN Q.1a OR 2b OR 3c OR 4a OR 4d BELOW QUESTIONS 5a AND 5b.
THEN ASK Q.5a FOR EACH CIRCLED NAME.

5a.   Does seeing this shirt make you …

   5   considerably <u>less</u> **likely** to shop at _____,
   4   somewhat <u>less</u> **likely** to shop at _____,
   3   neither **more likely nor less likely,**
   2   somewhat <u>more</u> **likely** to shop at _____,
   1   or considerably <u>more</u> **likely** to shop at _____?
   6   DON'T KNOW

| COMPANY/STORE NAME(S) FROM Q. 1a/2b/3c/4a/4d | **MORE** LIKELY | | | **LESS** LIKELY | | |
|---|---|---|---|---|---|---|
| | CONSID | SOMEWHAT | NEITHER | SOMEWHAT | CONSID | DK |
| 1  SEARS | 1 | 2 | 3 | 4 | 5 | 6 |
| 2  WAL-MART | 1 | 2 | 3 | 4 | 5 | 6 |
| 3  YOUNGBLOOD'S | 1 | 2 | 3 | 4 | 5 | 6 |
| 4  K-MART | 1 | 2 | 3 | 4 | 5 | 6 |

JJRI 6010.2627.prod

2627-c4o1r2
080106

5b. Thinking about this shirt, does the fact that the shirt made you think of _____ (NAME MENTIONED IN Q. Q.1a OR 2b OR 3c OR 4a OR 4d) make it ....

    1 **considerably** more likely you would buy this shirt,
    2 **somewhat** more likely you would buy this shirt,
    3 **neither** more likely nor less likely,
    4 **somewhat** less likely you would buy this shirt,
    5 or **considerably** less likely you would buy this shirt?
    6 DON'T KNOW

| COMPANY/STORE NAME(S) FROM Q. 1a/2b/3c/4a/4d | MORE LIKELY | | | LESS LIKELY | | |
|---|---|---|---|---|---|---|
| | CONSID | SOMEWHAT | NEITHER | SOMEWHAT | CONSID | DK |
| 1  SEARS | 1 | 2 | 3 | 4 | 5 | 6 |
| 2  WAL-MART | 1 | 2 | 3 | 4 | 5 | 6 |
| 3  YOUNGBLOOD'S | 1 | 2 | 3 | 4 | 5 | 6 |
| 4  K-MART | 1 | 2 | 3 | 4 | 5 | 6 |

**COVER SHIRT #58, AND TAKE BACK CARD "S".**

9

JJRI 6010.2627.prod

2627-c4o1r2
080106

6. Thank you very much. Would you please sign this Certification Page so that I can prove to my supervisor that I interviewed you?

---

**RESPONDENT CERTIFICATION**

I certify I looked at a shirt, then was asked some questions about it.

_____       _____
RESPONDENT SIGNATURE                                DATE

**INTERVIEWER CERTIFICATION**

I certify that I carried out this interview in accordance with my interviewer instructions.

INTERVIEWER'S FULL NAME: _____

_____       _____
INTERVIEWER SIGNATURE                                 DATE

**IF RESPONDENT REFUSES NAME OR PHONE NUMBER, PLEASE HAVE SUPERVISOR SIGN BELOW AS ON-SITE VALIDATED.**

_____       _____
SUPERVISOR SIGNATURE                                 DATE

**RESPONDENT INFORMATION BOX**

(PRINT)

RESPONDENT'S FULL NAME: _____

ADDRESS: _____

CITY, STATE: _____   ZIP: _____

TELEPHONE #: (_____)_____

---